REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

2006 JA -4 AM 11: 26

WESTE...
U.S. CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§<br>§ | CRIMINAL No.<br><br>**INDICTMENT** |
| v. | §<br>§<br>§ | [Count One: Vio: 26 U.S.C. 5861(h): Firearms] |
| SERGIO IVAN DELGADO,<br>Defendant. | §<br>§ | |

BY: _____ DEPUTY



DR06CR0006

THE GRAND JURY CHARGES:

COUNT ONE
[26 U.S.C. § 5861(h)]

That on or about July 7, 2005, in the Western District of Texas, Defendant,

SERGIO IVAN DELGADO,

knowingly received and possessed a firearm, to wit: a "Snake Charmer" 410 gauge short barreled shotgun, which had the serial number and other identification required by chapter 53 of Title 26, obliterated, removed, changed and altered in violation of Title 26, United States Code, Sections 5842, 5861(g) and 5871.

A TRUE BILL.

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Robert E. Cadena
Assistant United States Attorney